JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JPadilla@GGTrialLaw.com*

Attorneys for Plaintiff
Pamela Hassler

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA HASSLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BERMAN & MACK, LTD., dba NEVADA PAIN & SPINE SPECIALISTS, a Nevada corporation,<br><br>Defendant. | Case No.: 3:26-cv-00469-ART-CLB<br><br>ORDER GRANTING<br>**Stipulation and Order for Remote Appearance at Early Neutral Evaluation** |

The Parties, Plaintiff Pamela Hassler and Defendant Berman & Mack, Ltd., by and through their respective counsel of record, stipulate to allow all parties and counsel to appear remotely for the Early Neutral Evaluation scheduled for September 4, 2026, at 9:00 a.m., before the Honorable Craig S. Denney, in Reno Courtroom 2, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada. *See* ECF No. 9 at 1.

Plaintiff and Defendant's counsels are located in Las Vegas, Nevada. Both Parties agree that it would be more cost-effective for them to appear remotely rather than expend the costs required to travel into the jurisdiction. Accordingly, the Parties consent and agree that all parties as well as their counsel may appear remotely for the ENE.

For the foregoing reasons, the Parties stipulate and respectfully request that all parties and counsel be permitted to appear remotely at the ENE scheduled for September 4, 2026, at 9:00 a.m.

Dated this 28th day of August, 2026.

**GREENBERG GROSS LLP**

*/s/Coco Padilla*
JEMMA E. DUNN
MATTHEW T. HALE
JORGE "COCO" PADILLA
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Pamela Hassler*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Cheyenne Kidd*
MICHAEL R. AYERS
CHRISTOPHER LUND
CHEYENNE A. KIDD
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Berman & Mack, Ltd., dba Nevada Pain & Spine Specialists*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2026